# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

16-2722

Jayvon Wright, et al v. City of Wilmington

1-13-cv-01966

# O R D E R

The Court has received the Brief and Appendix from **Appellants Gregory Griffin, Keith Medley, Jayvon Wright, Rashad El, Antoine Murrey**.

**The submission does not comply with the following Court requirements:**

<u>Form of Appendix</u>- The following aspect(s) of the appendix is/are noncompliant:

**.** Appendix Volume II is attached to the brief event.

In order to cure errors with respect to FORM of APPENDIX, **Gregory Griffin, Keith Medley, Jayvon Wright, Rashad El, Antoine Murrey** must re-file appendix Volume II as a separate electronic transaction. The following event must be used: "non criminal appendix". Upon re-filing, Volume II will be removed from the brief entry by the Clerk.

**Counsel or the party(ies) must correct the above listed deficiencies by 10/11/2016. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

**For questions please call 267-299-4929, or contact the Briefing Department of the Clerk's Office at 215-597-2995, option 2.**

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

**Dated: October 7, 2016**

**MS/cc:** C. Malcolm Cochran IV, Esq.
Kelly E. Farnan, Esq.

**Christine D. Haynes, Esq.**
**Stephen P. Norman, Esq.**